IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RICHARD MOORE**                                                                                 **PLAINTIFF**

V.                                                                         NO: 3:22CV92-GHD-JMV

**UNION COUNTY, MISSISSIPPI, et al.**                            **DEFENDANTS**

<u>ORDER</u>

Pursuant to an opinion issued this day, it is hereby ORDERED that defendants', Union County, Mississippi, and Sheriff Jimmy Edwards', Motion for Judgment on the Pleadings [14] is GRANTED. Accordingly, plaintiff's claims against defendant Union County, Mississippi, and defendant Sheriff Jimmy Edwards are DISMISSED.

SO ORDERED, this the 17th day of February, 2023.

                                                                        /s/ Glen H. Davidson
                                                                        SENIOR U.S. DISTRICT JUDGE