IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RICHARD MOORE                                                          PLAINTIFF

v.                                                 CIVIL ACTION NO. 3:22-cv-00092-GHD-JMV

LEE COUNTY, MISSISSIPPI; et al.                            DEFENDANTS

### ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [27] of the United States Magistrate Judge dated April 27, 2023, regarding the dismissal without prejudice of this *pro se* action for failure to prosecute and failure to comply with orders of the Court, was on that date duly served upon the Plaintiff and counsel of record for the Defendants; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [27] of the United States Magistrate Judge dated April 27, 2023, is hereby approved and adopted as the opinion of the Court; and

2) This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED, this, the 23th day of May, 2023.

_____
SENIOR U.S. DISTRICT JUDGE